3
Lilian G. Tsang, Esq. #260460
Chapter 13 Standing Trustee
P.O. Box 3051
Modesto, CA 95353-3051
Telephone (209) 576-1954
Fax (209) 576-7984
E-mail: efile@mod13.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 25-10024 |
| CRAIG AARON SOLIZ-STROHL | DC NO.: LGT-1 |
| JOSE ALBERT RODRIGUEZ SOLIZ-STROHL | CHAPTER 13 TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307 |
| Debtors | DATE: April 10, 2025<br>TIME: 9:30 am<br>PLACE: U.S. Courthouse<br>5th Floor, Dept A, Courtroom 11<br>2500 Tulare Street<br>Fresno. CA 93721<br>JUDGE: Hon. Jennifer E. Niemann |

**TO THE DEBTORS AND DEBTORS' ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that Lilian G. Tsang, Chapter 13 Standing Trustee, will move to dismiss the above-referenced case pursuant to §1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

## I.
## BASIS FOR DISMISSAL

1. Unreasonable delay by the debtors that is prejudicial to creditors. [11 U.S.C. §1307(c)(1)

2. Debtors failed to set a modified plan for hearing with notice to creditors.

3. Debtors failed to file and set for hearing a motion to value 2011 Chevrolet Tahoe held by American Auto Finance and the 2018 Ram 1500 Crew Cab held by American Credit Acceptance pursuant to Local Rule 3015-1(j).

4. Debtors failed to provide the following required document(s) to the Trustee (if applicable):

    a. Proof of Debtors' complete social security number, by way of social security card or W-2 Form.

5. Debtors failed to cooperate with the trustee as required in [11 U.S.C. §521(a)(3)(4)]. [11 U.S.C. §1307(c) "for cause"] More specifically, Trustee requested and Debtors failed to provide the following documents:

    a. List of all inventory and equipment, current values, dates of purchase and values when purchased

    b. Business Case Questionnaire

6. Debtors failed to file a complete plan. Section 3.14 of the amended plan filed February 11, 2025 is blank.

7. Debtors failed to file the following schedules and/or statements. [11 U.S.C §521] and/or F.R.B.P 1007

    a. Schedule I 8a Statement of Monthly Net Income

    b. Official Form 122C-2 Chapter 13 Calculation of Your Disposable Income

8. Debtors failed to accurately file the following schedules and/or statements. [11 U.S.C §521] and/or F.R.B.P 1007

    a. <u>Schedule A/B</u>: Question #37 is marked "yes" but nothing has been listed. Question #39 is blank.

    b. <u>Schedule C</u>: Most items listed are illegible. Exemptions 703 and 704 are mixed. Several exemptions asserted by the Debtors do not exist.

    c. <u>Schedule E/F</u>: No totals are given in Part 4.

    d. <u>Schedule I</u>: The math is incorrect on lines 7 and 10.

    e. <u>Schedule J</u>: The math for the monthly net income is incorrect. Done correctly it would in fact be negative monthly net income.

    f. <u>Statement of Financial Affairs</u>: No income is listed for the current year 2025. Questions #13 and 22 are unanswered.

  g. <u>Official Form 122C-1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period</u>: No income has been listed for Debtor 2. It appears all income was listed under Debtor 1. Lines 11, 15a, 16a, 16b, 17, 19b, 20a, and 20b have not been filled out.

 9. Debtors are ineligible to be a debtor in a Chapter 13. Debtor failed to complete the Credit Counseling Certificate prior to the bankruptcy filing date. [11 U.S.C. §109(h)]

 10. Debtors have failed to commence making plan payments. Debtors have failed to make payments due under the plan. As of March 07, 2025, payments are delinquent in the amount of $499.76. While this motion is pending further payments, will come due. In addition to the delinquency amount, Debtors must also make the monthly plan payment of $499.76 for March 25, 2025. [11 U.S.C. §1307(c)(4)]

 11. As of the date of this motion, Debtors have filed inaccurate and/or incomplete schedules; and thus, Trustee has not been able to determine liquidaiton in this case.

 **WHEREFORE**, the Trustee prays that the Court enters an order dismissing this case as the Debtor is ineligible to be a Debtor in bankruptcy.

DATED: 3/07/2025        Respectfully submitted,
                /s/ Lilian G. Tsang
                Lilian G. Tsang,
                Chapter 13 Trustee